# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>NARCISO HARDIN<br>also known as "Billy Hardin"<br>DOB: xx/xx/xxxx-PDID: xxx-xxx<br>*Defendant(s)* | Case No.  1:24-mj-29 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 16 and January 22, 2024__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) and (b)(1) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
Complainant's signature

Alissa Thayer, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/26/2024

_____
Judge's signature

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

City and state: Washington, DC

Case 4:24-mj-00004-VTW   Document 1-1

Case: 1:24-mj-00029
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 1/26/2024
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1. On Tuesday January 16, 2024, an FBI WFO TFO was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.[1] In that capacity, the UC was within a private Kik[2] group, which the UC has been a member of for several months. This Kik group is known to the UC as a place where people meet, discuss and trade original images and videos depicting children engaged in sexual acts.

2. On Tuesday January 16, 2024, at approximately 2:44 a.m. EST,[3] a Kik with screenname, "jamiegirl15yo" entered the Kik group and posted a message asking members of the group to join his/her Kik group by stating, "Go join anythingnolims go join for a new group and soon to be fun experiences." The UC joined that Kik group – "anythingnolims" – and monitored the messages and images/videos that were being shared within the group. While monitoring the group, the UC observed a Kik member using the screen name, "1indianaman46." The Kik user "1indianaman46" was subsequently identified as the defendant, Narciso HARDIN. Within the group, HARDIN posted over ten (10) videos depicting prepubescent children being sexually abused by adult men and women. The following are descriptions of several videos HARDIN distributed within the Kik group:

    a. A video (approximately one minute and forty-seven seconds in length) depicting two preteen boys fully nude, in bed with a fully nude adult female. The adult is on

---

[1] The UC was located in Washington, D.C. during all below described communications with Narciso HARDIN.

[2] Kik is an instant messaging mobile application where one can transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups.

[3] Eastern Standard Time (EST) will be used as the default time zone within this document.

      her hands and knees, and one of the preteen boys presses his penis on the woman's exposed vagina. The other preteen boy is touching the bare breast of the adult female.

    b. A video (approximately twenty-seven seconds in length) depicting an adult female using her mouth to suck the penis of a toddler-aged boy.

    c. A video (approximately thirty-one seconds in length) depicting an adult female using her hand to manipulate the penis of a toddler-aged boy and then using her tongue to lick the toddler's anus.

    3.    After HARDIN sent the videos within the Kik group, the UC initiated a private Kik chat conversation with HARDIN. During the private conversation between the UC and HARDIN, the UC purported to be the father of an 8-year-old girl. During the course of the chat, HARDIN stated that he resided in Indiana and was the father of a 23-year-old daughter. HARDIN informed the UC that he had sexual contact with his daughter when she was between one and thirteen years old. Within their private conversation, HARDIN directly sent the UC the three (3) videos described above, along with additional videos and images depicting children being sexually abused by adults.

    4.    The following is a portion of the private conversation between HARDIN and the UC on January 16, 2024:

    HARDIN: I just sent you all the pedo moms I got.

    HARDIN: They are loading

    UC: mmmm fuck yeah

    UC: Love to join in with those moms

    HARDIN: We could double team your little girl

    HARDIN: Drug her and fuck her while she is passed out.

5. During the course of the conversation, the UC provided his cellular number to HARDIN and informed HARDIN that he could show the purported 8-year-old girl over FaceTime the following week. HARDIN provided his cell phone number to the UC – 812-722-XXXX – and then began communicating with the UC via text messenger.

6. During the course of the text message communication between HARDIN and the UC, the UC provided an image of his purported 8-year-old daughter.[4] HARDIN responded, "oh fuck have you cum on that beautiful little face yet." The UC asked HARDIN, "What do u wanna see me do with my daughter when she here?" HARDIN responded, "Eat her little pussy and finger both of her holes and cum on her face." Later in the text conversation, HARDIN requested that the UC spit and ejaculate on his purported eight-year-old daughter's face during the future FaceTime session.

7. Within the text message communication, HARDIN informed the UC that his wife died from breast cancer and that he currently lived alone in Indiana. During the course of the conversation, HARDIN stated that he collected his "CP"[5] from various Kik groups and claimed to have saved fifty (50) or sixty (60) videos and images depicting child sexual abuse material (CSAM).

8. During the course of the text conversation, the UC discussed a pair of his purported daughter's panties. HARDIN stated, "You can totally mail me some lol." HARDIN further stated that he lives alone and provided his address to the UC – 470 Meridian Street Scottsburg, Indiana 47170. During the course of the text conversation, HARDIN sent a video of himself masturbating (no face was visible in the video), an image of his penis (no face was visible in the image), and an

---

[4] No real children were used or depicted through the law enforcement investigation.
[5] "CP" is a commonly used acronym for "child pornography."

3

image of himself standing nude (HARDIN's face was visible). Within the image of HARDIN standing fully nude, a unique tattoo is visible on HARDIN's left forearm.

9. Later in the text conversation, HARDIN informed the UC that he resided with his brother, his brother's wife, and his adult nephew. HARDIN informed the UC that his brother's wife is confined to a wheelchair.

10. On January 22, 2024, Hardin sent the UC an additional thirteen (13) videos and images depicting children engaged in sexual acts. The following is a sample of those videos/images:

   a. An image depicting a nude female toddler lying on her back spreading her legs exposing her anus and vagina to the camera.

   b. A video (approximately thirty-three seconds in length) depicting an adult male using his penis to penetrate a prepubescent girl's mouth.

   c. A video (approximately one minute eight seconds in length) of an adult male pressing his penis into a prepubescent girl's anus.

11. Law enforcement used available commercial and law enforcement sensitive databases to identify the user of Kik account "1indianaman46" as Narciso HARDIN, DOB: 02/13/1977, SSN: 462-61-XXXX. Queries for the address provided by the suspect, 470 N Meridian Street, Scottsburg, Indiana, resolved to William Hardin, also known as Billy Hardin, DOB: 11/30/1969, SSN: 455-51-XXXX. Queries for publicly available social media for William Hardin and Billy Hardin in Scottsburg, Indiana identified a Facebook account. A review of the Facebook account, and linked accounts, led to the identification of several family members including Narciso HARDIN, who has a profile picture consistent with the photo sent by text

4

message to the UC from phone number 812-722-XXXX, including the unique tattoo on the HARDIN's left forearm.

12. Commercial and law enforcement databases revealed that William Hardin, believed to be the brother of Narciso HARDIN, and his wife, have a last known address of 470 Meridian Street, Scottsburg, Indiana. Publicly available social media accounts have shown that William Hardin's wife is confined to a wheelchair.

13. On or about January 18, 2024, local law enforcement made contact with William Hardin, the brother of Narciso HARDIN, at his known residence, 470 N Meridian Street, Scottsburg, Indiana. Law enforcement confirmed William Hardin's identification and observed William Hardin's wheelchair-bound wife and adult son at the residence. William Hardin confirmed to law enforcement that his brother, David, was asleep upstairs. William Hardin then confirmed that his brother, "David," also goes by Narciso HARDIN with a date of birth 02/13/1977.

## CONCLUSION

Based on the above information, there is probable cause to believe that Narciso HARDIN committed the following offense in the District of Columbia: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), between on or about January 16, 2024 and January 22, 2024.

Respectfully submitted,

Alissa Thayer
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on January _26__, 2024.

5

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE